State v. McCree

shown. The determination is for the trial judge in the exercise of his sound discretion. *Whaley v. Rhodes,* 10 N.C. App. 109, 177 S.E. 2d 735.

Appeal dismissed.

BROCK, Chief Judge, and MARTIN, Judge, concur.

STATE OF NORTH CAROLINA v. I. JUNIOR McCREE

No. 7426SC1045

(Filed 5 March 1975)

ON *writ of certiorari* to review proceedings before *Hasty, Judge.* Judgment entered 10 May 1974 in Superior Court, MECK-LENBURG County. Heard in the Court of Appeals 19 February 1975.

Defendant was charged in a bill of indictment with armed robbery. He pleaded not guilty and was tried before a jury. The State's evidence tended to show the following:

Early in the morning of 4 December 1973 two black men entered the lobby of the King's Kastle Inn in Charlotte, drew guns and demanded money. A third man, later identified by the night clerk as defendant, joined them. They escaped with the clerk's wallet and some $700 from the cash register. Shortly thereafter, police officers stopped a car in which defendant and three others were riding. With the consent of the owner-operator, they searched the vehicle and found two pistols, $741 in cash, and the wallet.

Defendant denied taking part in the robbery or knowing any of the participants. He testified that he was on his way home from work when he spotted the car and asked for a ride.

The jury found defendant guilty as charged. From judgment imposing a prison sentence, he appealed to this Court.

*Attorney General Edmisten, by Assistant Attorney General H. A. Cole, Jr., for the State.*

*T. O. Stennett for defendant appellant.*

ARNOLD, Judge.

Defendant presents the record proper for review. We have carefully examined the record, and in our opinion he has received a fair trial free from prejudicial error.

No error.

Judges BRITT and MORRIS concur.

STATE OF NORTH CAROLINA v. MARVIN JUNIOR LOCKLEAR

No. 7416SC983

(Filed 5 March 1975)

APPEAL by defendant from *Clark, Judge.* Judgment entered 9 August 1974 in Superior Court, ROBESON County. Heard in the Court of Appeals 12 February 1975.

Defendant was charged in a bill of indictment with the first degree murder of James Delton Bartley. The State chose to prosecute only upon a charge of murder in the second degree, and defendant pleaded not guilty. He was tried before a jury. From judgment imposing a prison sentence upon a verdict of guilty as charged, defendant appealed to this Court.

*Attorney General Edmisten, by Assistant Attorney General James E. Magner, Jr., for the State.*

*Horace Locklear for defendant appellant.*

ARNOLD, Judge.

An exception to the judgment presents the face of the record for review. Neither defense counsel nor the Attorney General has been able to find any prejudicial error in the trial. Evidence for the State included several witnesses who saw defendant shoot James Bartley. We have carefully examined the record and find no error.

No error.

Judges VAUGHN and MARTIN concur.